**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 16 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

J. JESUS LOPEZ-CERVANTES, a.k.a.
Jesus Lopez Cervantes, a.k.a Jesus
Cervantes-Lopez,

Petitioner,

v.

ERIC H. HOLDER, Jr., Attorney General,

Respondent.

No. 12-71167

Agency No. A075-128-451

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 14, 2013[**]

Before: SCHROEDER, GRABER, and PAEZ, Circuit Judges.

J. Jesus Lopez-Cervantes, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' order summarily affirming a decision

of an immigration judge ("IJ") denying his application for cancellation of removal

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

in the exercise of discretion. Our jurisdiction is governed by 8 U.S.C. § 1252. We dismiss the petition for review.

We lack jurisdiction to review the IJ's denial of cancellation of removal in the exercise of discretion. *See Bermudez v. Holder*, 586 F.3d 1167, 1169 (9th Cir. 2009) (per curiam). Moreover, Lopez-Cervantes's contention that the agency failed to consider his evidence is not a sufficiently colorable constitutional claim or question of law to trigger our jurisdiction. *See Mendez-Castro v. Mukasey*, 552 F.3d 975, 978 (9th Cir. 2009) ("To be colorable in this context, the violation need not be substantial, but the claim must have some possible validity." (citation and internal quotation marks omitted)).

**PETITION FOR REVIEW DISMISSED.**